UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  **CV 24-6219-MWF(JPRx)**　　　　　　　　　　　　Date:  October 29, 2024

Title    *United African-Asian Abilities Club, et al. v. 4 J Development-De Soto Avenue, LLC, et al.*

Present: The Honorable:    MICHAEL W. FITZGERALD, United States District Judge

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE**

On October 3, 2024, the Court filed an Order to Show Cause (the "OSC") re dismissal for lack of prosecution, with a response deadline of October 23, 2024. (Docket No. 9).  On October 23, 2024, Plaintiffs filed a Proof of Service (the "POS") of the Summons, Complaint, and other case-initiating documents in response to the OSC.  (Docket No. 10).  The POS reflects substituted service on Defendant 4 J Development-De Soto Avenue, LLC ("Defendant") on September 12, 2024, followed by mailing on September 17, 2024.

Despite Defendant's response to the Complaint being due on or before October 18, 2024, Plaintiffs have not filed an application to clerk to enter default.  The Court again **ORDERS** Plaintiffs to show cause why this action should not be dismissed for lack of prosecution.  In response to this Order to Show Cause, the Court will accept the following no later than **NOVEMBER 5, 2024**.

- By Defendant:  Response to the Complaint.  The parties may also file an appropriate stipulation to extend the time within which Defendant must respond to the Complaint.

　　OR

- By Plaintiffs:  Application to the Clerk to Enter Default.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **CV 24-6219-MWF(JPRx)**                                                  Date:  October 29, 2024

Title      ***United African-Asian Abilities Club, et al. v. 4 J Development-De Soto Avenue, LLC, et al.***

  Orders to show cause re dismissal for lack of prosecution are not issued as reminders to Plaintiffs to prosecute their action, and the Court will not issue another.  Plaintiffs' failure to prosecute this action will result in dismissal without further warning.

  No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Order to Show Cause by **November 5, 2024,** will result in the dismissal of this action.

  IT IS SO ORDERED.