### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | 2:24–cv–06219–MWF–JPR | Date | November 7, 2024 |
|---|---|---|---|
| Title | UNITED AFRICAN–ASIAN ABILITIES CLUB ET AL V. 4 J DEVELOPMENT–DE SOTO AVENUE, LLC ET AL | | |

═══════════════════════════════════════════════

PRESENT:  THE HONORABLE  MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

|  Rita Sanchez | Not Reported; |
|---|---|
| Courtroom Deputy | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):  COURT ORDER**

In light of the Notice of Settlement filed November 5, 2024, the Court sets a hearing on Order To Show Cause Re Dismissal for December 9, 2024 at 11:30 AM. If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed. All other hearings and deadlines are hereby vacated.

**IT IS SO ORDERED.**

Initials of Clerk: _smom_